FILED'10 OCT 29 8:37USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD PRATT, et al., ) | |
| ) | |
| Plaintiff, ) | CV 10-677-SU |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| BMC Transportation Company, et al., ) | |
| ) | |
| Defendants. ) | |

The Court having received a Stipulation of Fact [16] asking for dismissal of BMC Transportation Company from this action,

IT IS ORDERED that BMC Transportation Company is dismissed as a party to this action. The title of the case shall now be <u>Richard Pratt and Therese Pratt v. Behlin Mfg. Co.</u>

Dated this 28th day of October, 2010.

PATRICIA SULLIVAN
United States Magistrate Judge